# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF SOUTH CAROLINA

In the Matter of the Search of Property located at )
135 Crosby Circle, South Carolina, )
more fully described below )

Case No. 6:19CR254

## SEARCH AND SEIZURE WARRANT

TO: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of South Carolina: THE PREMISES TO BE SEARCHED is described as follows: A single family dwelling located at 135 Crosby Circle, Greenville, South Carolina. The TARGET LOCATION is composed of beige vinyl siding, with white trim, and sits on foundation or crawlspace, which is visible from the side of the residence, and composed of red brick. The roof is pitched, with brown shingles. The chimney is composed of red brick, and is located in the center of the roof, and on the street side of the roof's pitch. As one faces the TARGET LOCATION from the street, there is a driveway on the left side, which leads to a covered porch, supported by four columns, which are white in color. At the street, there is a black mailbox to the right of the driveway, and a black light pole directly next to the mailbox. There are three large windows on the front of the residence. The window furthest to the right is a single pane window, and the other two windows are dual-pane window. All of the windows are flanked on either side by black faux shutters. The front door is located near the far left side of the residence and under the covered porch. The front door is red in color, with an oval glass insert. The front door is preceded by a clear glass storm door. Also to be searched are all sheds, outbuildings, appurtenances, and vehicles (associated with the occupants of THE PREMISES TO BE SEARCHED) located on the property, as well as the electronic contents of wireless telephones, computers, or other digital storage or media located at the premises, or within any sheds, outbuildings, appurtenances, and vehicles located on the property.

The person or property to be searched, described above, is believed to conceal: (1) controlled substances and drug paraphernalia; (2) currency, financial instruments, precious metals, jewelry, and other items of value, which are the fruits of drug trafficking; (3) firearms and other weapons; (4) records of drug transactions, including notes, ledgers, receipts, e-mails, computer files, photographs, video tapes, telephone records, calling cards, and correspondence which contain information on current and past associates, and may used to identify co-conspirators who have not yet been fully identified or located; (5) fictitious identification and other documents which are intended to conceal identity and avoid detection by law enforcement, including fictitious driver's licenses, passports, photo identification cards, and documents relating to fraudulently obtained vehicle titles, registrations, and insurance; (6) currently and/or previously used cellular telephones and electronic communications devices, including the electronic contents of those devices (i.e. electronic telephone directories, photographs, text messages, etc.); (7) books, records, receipts, notes, ledgers, currency and papers which are evidence of the commission of narcotics and/or money laundering offenses. The records include tally or ledger sheets; sales and/or purchase invoices; band, wire transfer and/or other financial institution records; federal and state corporate, partnership, individual and/or other tax and information returns filed or required to be filed.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ____March 20, 2019____
*(not to exceed 14 days)*

X in the daytime 6:00 a.m. to 10:00 p.m.   ⊥ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Kevin F. McDonald.

⊥ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized  ⊥ for ____ days *(not to exceed 30).*

⊥ until, the facts justifying, the later specific date of _____.

Date and time issued: **3/7**, 2019  **2:07** a.m./p.m.

_____
*Judge's signature*

City and state: Greenville, South Carolina    Kevin F. McDonald, U.S. Magistrate Judge
*Printed name and title*

| | | |
|---|---|---|
| **Return** | | |
| Case No.: | Date and time order was executed: March 7th, 2019 at 1432 | Copy of order and inventory left with: Shannon DAVIS |
| Inventory made in the presence of: N/A | | |

Inventory of the property taken and name of any person(s) seized:

    See attached DEA - 12

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original order to the designated judge.

Date: 3/12/19

Returned 3/12/19

_Executing officer's signature_

(SA) Tom Kurtz (ATF)

_Print name and title_

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
**RECEIPT FOR CASH OR OTHER ITEMS**

TO: (Name, Title, Address (including ZIP CODE), if applicable)
Shannon DAVIS
13½ Crosby Circle
Greenville, SC

FILE NO.

G-DEP IDENTIFIER

FILE TITLE

DATE: 03-07-2019

DIVISION/DISTRICT OFFICE
Atlanta Field Division
Greenville Resident Office

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 01 | Samsung Galaxy S9 IMEI 359944090013869 S/N R58K70DSJHW | |
| 01 | North American Arms 17HMR | |
| 01 | Undetermined amount of US Currency | |
| 01 | Samsung Touchscreen phone | |
| 01 | Soccer ball key chain | |

RECEIVED BY (Signature)
NAME AND TITLE (Print or Type): TFO Trey Shandor(?)

WITNESSED BY (Signature)
NAME AND TITLE (Print or Type): TFO Matthew McDonald

FORM DEA-12 (8-02) Previous editions obsolete

Electronic Form Version Designed in JetForm 5.2 Version